1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALEXANDRA MARIE CHAPA,                    No.  2:19-cv-01200-JAM-KJN PS

12                 Plaintiff,

13          v.                                  ORDER

14    PLACER COUNTY SHERIFF'S
      DEPARTMENT, et al.,
15
                     Defendants.
16

17
             On April 1, 2020, the magistrate judge filed findings and recommendations (ECF. No. 12)
18
      herein which were served on the parties and which contained notice that any objections to the
19
      findings and recommendations were to be filed within fourteen days.  On April 10, 2020, plaintiff
20
      filed objections to the proposed findings and recommendations (ECF. No. 13) which have been
21
      considered by the court.
22
             This court reviews de novo those portions of the proposed findings of fact to which an
23
      objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore
24
      Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see
25
      also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed
26
      findings of fact to which no objection has been made, the court assumes its correctness and
27
      decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th
28
                                                   1

1   Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi

2   Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

3          The court has reviewed the applicable legal standards and, good cause appearing,

4   concludes that it is appropriate to adopt the proposed findings and recommendations in full.

5   Accordingly, IT IS ORDERED that:

6          1.  The Proposed Findings and Recommendations filed April 1, 2020, are ADOPTED;

7          2.  The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b); and

8          3.  The Clerk of Court be directed to close this case.

9

10  DATED:  May 26, 2020

11                                              /s/ John A. Mendez_____ _____

12                                              UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28